UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DR. CHRISTINA M.I. KELTON** | : | |
| | : | |
| Plaintiff, | : | CASE NO. C-1-02-345 |
| | : | |
| v. | : | Judge Weber |
| | : | |
| **UNIVERSITY OF CINCINNATI, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME
TO FILE MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Christina Kelton, respectfully moves this Court for an order extending the time one week for her to respond to Defendants' motions for summary judgment. On August 29, 2003, Defendants filed eight motions for summary judgment on behalf of each of the Defendants in this case. Pursuant to the Federal Rules of Civil Procedure and the Local Rules, Plaintiff's response is due on September 19, 2003. Plaintiff's counsel has worked diligently to respond to the motions. However, due to the number of parties and complexity of the issues, Plaintiff's counsel will be unable to complete the response memorandum in the allotted time. Defendants' counsel has been contacted and does not oppose the proposed one week extension.

For the reasons outlined above and in the interest of justice, Plaintiff respectfully requests that this Court grant this motion to extend time for filing her memorandum in opposition to the motions for summary judgment until September 26, 2003.

Respectfully submitted,

SIRKIN, PINALES, MEZIBOV & SCHWARTZ LLP


    /Marc D. Mezibov
MARC D. MEZIBOV (Ohio Bar No. 0019316)
MICHAEL N. BUDELSKY (Ohio Bar No. 0069573)
SUSAN E. BRABENEC (Ohio Bar No. 0075200)
920 Fourth & Race Tower
105 W. Fourth Street
Cincinnati, Ohio 45202
Telephone (513) 721-4876
Telecopier (513) 721-0876
Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Doreen Canton, Kerry P. Hastings, W. Stewart Dornett, Taft, Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202-3957, and Mitchell D. McCrate, Office of the General Counsel, University of Cincinnati, P.O. Box 210623, 300 Administration Building, Cincinnati, Ohio 45221-0623, by ordinary U.S. Mail, postage prepaid, this 17th day of September, 2003.


    /Marc D. Mezibov
MARC D. MEZIBOV (Ohio Bar No. 0019316)