UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DR. CHRISTINA M.I. KELTON | : | |
| | : | |
| Plaintiff, | : | CASE NO. C-1-02-345 |
| | : | |
| v. | : | Judge Weber |
| | : | |
| UNIVERSITY OF CINCINNATI, et al. | : | |
| | : | |
| Defendants. | | |

PLAINTIFF'S COLOR CODED RESPONSE
TO DEFENDANT'S
PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW

Pursuant to the Court's Scheduling Order and the filing of Defendant's Proposed Findings of Fact and Conclusions of Law on August 29, 2003, attached as Exhibit A is Plaintiff's Color Coded Response to Defendant's Proposed Findings of Fact and Conclusions of Law.

Respectfully submitted,

SIRKIN, PINALES, MEZIBOV & SCHWARTZ LLP


_____/s/ Marc D. Mezibov_____
MARC D. MEZIBOV (Ohio Bar No. 0019316)
MICHAEL N. BUDELSKY (Ohio Bar No. 0069573)
SUSAN E. BRABENEC (Ohio Bar No. 0075200)
920 Fourth & Race Tower
105 W. Fourth Street
Cincinnati, Ohio 45202
Telephone (513) 721-4876
Telecopier (513) 721-0876
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon Doreen Canton, Kerry P. Hastings, W. Stewart Dornett, Taft, Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202-3957, by electronic service, and Mitchell D. McCrate, Office of the General Counsel, University of Cincinnati, P.O. Box 210623, 300 Administration Building, Cincinnati, Ohio 45221-0623, by U.S. Mail, postage pre-paid or by electronic service, this 26th day of September, 2003.

                                              /s/ Marc D. Mezibov
                                    MARC D. MEZIBOV (Ohio Bar No. 0019316)