FILED
KENNETH J. MURPHY
CLERK

83 OCT -1 PM 1:40

WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DR. CHRISTINA M.I. KELTON            :
                                     :
    Plaintiff,                      :    CASE NO. C-1-02-345
                                     :
v.                                   :    Judge Weber
                                     :
UNIVERSITY OF CINCINNATI, et al.     :
                                     :
    Defendants.                     :

---

MANUAL

### NOTICE OF FILING DEPOSITIONS

---

Please take notice that the depositions of Christina Kelton, Haynes Goddard, Wolfgang Mayer, Jeffrey Mills, Debashis Pal, Harland Whitmore, Sourushe Zandvakili, Gisela Escoe, Steven Howe, Sandra Lett, Joseph Caruso, Donna Bowman and Margaret Pasquale, heretofore taken on behalf of Plaintiff in the above-captioned action, have been filed with the Clerk of Courts this 1st day of October, 2003.

Respectfully submitted,

SIRKIN, PINALES, MEZIBOV & SCHWARTZ LLP

MARC D. MEZIBOV (Ohio Bar No. 0019316)
MICHAEL N. BUDELSKY (Ohio Bar No. 0069573)
SUSAN E. BRABENEC (Ohio Bar No. 0075200)
920 Fourth & Race Tower
105 W. Fourth Street
Cincinnati, Ohio 45202
Telephone (513) 721-4876
Telecopier (513) 721-0876
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Doreen Canton, Kerry P. Hastings, W. Stewart Dornett, Taft, Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202-3957, and Mitchell D. McCrate, Office of the General Counsel, University of Cincinnati, P.O. Box 210623, 300 Administration Building, Cincinnati, Ohio 45221-0623, by ordinary U.S. Mail, postage prepaid, or electronic mail this 1st day of October, 2003.

MICHAEL N. BUDELSKY (Ohio Bar No. 0069573)