UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA M.I. KELTON, | : | Case No. C-1-02-345 |
| | : | |
| Plaintiff, | : | Judge Weber |
| | : | |
| v. | : | |
| | : | **DEFENDANTS' UNOPPOSED** |
| UNIVERSITY OF CINCINNATI, et al., | : | **MOTION FOR EXTENSION OF TIME** |
| | : | **TO FILE REPLY MEMORANDA IN** |
| Defendants. | : | **SUPPORT OF THEIR MOTIONS FOR** |
| | : | **SUMMARY JUDGMENT** |

Defendants respectfully move for an extension of time, up to and including October 24, 2003, in which to file reply memoranda in support of their motions for summary judgment. Plaintiff Christina Kelton does not oppose this motion. A memorandum in support is attached.

                              Respectfully submitted,

                              Jim Petro
                              Attorney General of Ohio

By:   s/ Doreen Canton
        Doreen Canton Bar Number 0040394
        Attorney for Defendants
        Taft, Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202-3957
        Telephone: (513) 381-2838
        Fax: (513) 381-0205
        E-mail: canton@taftlaw.com

OF COUNSEL:

W. Stuart Dornette (0002953)
Kerry P. Hastings (0066871)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Mitchell D. McCrate (0047403)
Associate Counsel
University of Cincinnati
300 Administration Building
Cincinnati, OH 45221-0623

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA M.I. KELTON, | : | Case No. C-1-02-345 |
| | : | |
| Plaintiff, | : | Judge Weber |
| | : | |
| v. | : | **MEMORANDUM IN SUPPORT OF** |
| | : | **DEFENDANTS' UNOPPOSED** |
| UNIVERSITY OF CINCINNATI, et al., | : | **MOTION FOR EXTENSION OF TIME** |
| | : | **TO FILE REPLY MEMORANDA IN** |
| Defendants. | : | **SUPPORT OF THEIR MOTIONS FOR** |
| | : | **SUMMARY JUDGMENT** |

Defendants respectfully request a 14-day extension of time, up to and including October 24, 2003, in which to file reply memoranda in support of their motions for summary judgment. Because of the length of Plaintiff Christina Kelton's memorandum in opposition and the number of Defendants, a 14-day extension is necessary to enable Defendants to adequately prepare their reply memoranda.

Counsel for Defendants have consulted with counsel for Plaintiff and have been informed that Plaintiff does not oppose the requested extension of time.

                                              Respectfully submitted,

                                              Jim Petro
                                              Attorney General of Ohio

By:    s/ Doreen Canton
         Doreen Canton Bar Number 0040394
         Attorney for Defendants
         Taft, Stettinius & Hollister LLP
         425 Walnut Street, Suite 1800
         Cincinnati, Ohio 45202-3957
         Telephone: (513) 381-2838
         Fax: (513) 381-0205
         E-mail: canton@taftlaw.com

OF COUNSEL:

W. Stuart Dornette (0002953)
Kerry P. Hastings (0066871)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Mitchell D. McCrate (0047403)
Associate Counsel
University of Cincinnati
300 Administration Building
Cincinnati, OH 45221-0623

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA M.I. KELTON, | : | Case No. C-1-02-345 |
| | : | |
| Plaintiff, | : | Judge Weber |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CINCINNATI, et al., | : | **ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

This matter is before the Court upon Defendants' unopposed motion for extension of time to file reply memoranda in support of their motions for summary judgment. Plaintiff Christina Kelton does not oppose the motion.

The Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that Defendants' motion is GRANTED and that Defendants shall have an extension of fourteen days, up to and including October 24, 2003, in which to file their reply memoranda.

This ____ day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE

W0063655.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Marc D. Mezibov and Michael N. Budelsky, 920 Fourth & Race Tower, 105 W. Fourth Street, Cincinnati, Ohio 45202.

s/ Doreen Canton
Doreen Canton Bar Number 0040394
Attorney for Defendants
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
E-mail: canton@taftlaw.com

W0063655.1