IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KELTON,

    Plaintiff

v                                  Civil: C-1-02-345

UNIVERSITY OF CINCINNATI,

    Defendant

### ORDER

Defendants' Unopposed Motion for Extension of Time (#29) is GRANTED. Defendants' Reply Memoranda in Support of their Motions for Summary Judgment shall be filed on or before October 24, 2003.

**IT IS SO ORDERED.**

                                          **s/Herman J. Weber**
                                          **Herman J. Weber, Senior Judge**
                                          **United States District Court**