IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KELTON,

    Plaintiff

v                                Civil C-1-02-345

UC,

    Defendant.

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the August 2004 trial term.  Counsel shall file their Joint Pretrial Order by July 6, 2004.

**IT IS SO ORDERED.**

                                                              s/Herman J. Weber
                                                  **Herman J. Weber, Senior Judge**
                                                  **United States District Court**