IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KELTON,
       Plaintiff
  v                                  Civil C-1-02-345

UC,
       Defendant.

## ORDER

Pursuant to the request of counsel, trial in the above styled case is RESCHEDULED to the November 2004 trial term.  Counsel shall file a Joint Pretrial Order on or before October 5, 2004.

**IT IS SO ORDERED.**

                                               **s/Herman J. Weber**
                                     Herman J. Weber, Senior Judge
                                        United States District Court

*Rev.5/01*