**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

DR. CHRISTINA M.I. KELTON,

    Plaintiff,

-vs-                                                                                                                          Case No.  C-1-02-345

UNIVERSITY OF CINCINNATI, et al,

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

        **Jury Verdict.**        This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**x**        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendants' Motions for Summary Judgment are Granted. This case is **DISMISSED and TERMINATED** on the docket of this Court at plaintiff's cost.

Date:   May 20, 2004                                                   JAMES BONINI., CLERK

                                                                             By:s/   Darlene Maury
                                                                             Darlene Maury, Deputy Clerk