**Christina Kelton v. University of Cincinnati, et al.**

Case No. 1:02-cv-345

**ITEMIZATION OF COSTS**

**Docket Fees Under 28 U.S.C. §1923**

| | | |
|---|---|---|
| Motion for Summary Judgment | | $ 5.00 |
| Depositions filed with the Clerk | | |
|     Donna Bowman | $2.50 | |
|     Joseph Caruso | $2.50 | |
|     Gisela Escoe | $2.50 | |
|     Haynes Goddard | $2.50 | |
|     Steve Howe | $2.50 | |
|     Christina Kelton | $2.50 | |
|     Sandra Lett | $2.50 | |
|     Wolfgang Mayer | $2.50 | |
|     Jeffery Mills | $2.50 | |
|     Debashis Pal | $2.50 | |
|     Margaret Pasquale | $2.50 | |
|     Harland Whitmore | $2.50 | |
|     Sourushe Zandvakill | $2.50 | |
| Total Deposition Fees | $32.50 | |
| Total Docket Fees: | | $   37.50 |

W0180177.1

**Costs Incident to the Taking of Depositions**

    A.    Costs for Transcripts

| | |
|---|---|
| Donna Bowman | $ 65.25 |
| Joseph Caruso | $ 162.00 |
| Gisela Escoe | $ 186.75 |
| Haynes Goddard | $ 116.00 |
| Steve Howe | $ 399.80 |
| Christina Kelton | $1,173.00 |
| Sandra Lett | $ 153.00 |
| Wolfgang Mayer | $ 146.25 |
| Jeffery Mills | $ 254.25 |
| Debashis Pal | $ 222.75 |
| Margaret Pasquale | $ 264.00 |
| Harland Whitmore | $ 204.80 |
| Sourushe Zandvakill | $ 337.50 |

    B.    Reporters' Miscellaneous Fees

| | |
|---|---|
| Reporter's fee for appearance at depositions of David Kelton, Sandra Lett, and Margaret Pasquale | $ 247.50 |
| Reporter's Charges for Postage and Exhibits for depositions of Jeffery Mills and Debashis Pal | $ 11.20 |
| Reporter's Charges for Postage for depositions of Joseph Caruso and Wolfgang Mayer | $ 6.05 |

Total Deposition Costs: $3,950.10

**Total Bill of Costs:** **$3,987.60**

W0180177.1