DEC 2 4 2003

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

| BILL TO |
|---|
| Doreen Canton, Esq. |
| Taft, Stettinius & Hollister |
| 1800 Firstar Tower |
| 425 Walnut Street |
| Cincinnati, Ohio 45202-3957 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/23/'03 | 3373 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UC/Kelton | Net 30 | 6-26-03 A&B |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| (Transcript Backordered) | | 0.00 | 0.00 |
| Copy of Transcript - S. Lett | 1 | 153.00 | 153.00 |
| Copy of Transcript - M. Pasquale | 1 | 264.00 | 264.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier 9-26-03 | | 5.00 | 5.00 |
| *originals ordered by Mr. Mezibov | | | |
| *reporter attendance previously invoiced | | | |
| | | | |
| CHRISTINE KELTON -vs- | | | |
| UNIVERSITY OF CINCINNATI | | | |
| C-1-02-345 | | | |
| | | | |
| Depos of: SANDRA LETT | | | |
| MARGARET PASQUALE | | | |
| Taken: 6-26-03 | | | |
| Reporter: MM | | | |

| Federal ID #: 31-1503265 | **Total** | $422.00 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

# *Annette McKeehan Schoch*

SEP 23 2003

*Registered Professional Reporter*
*Registered Merit Reporter*

**BILL TO**

Doreen Canton, Esq.
Taft, Stettinius & Hollister
1800 Firstar Tower
425 Walnut Street
Cincinnati, Ohio 45202-3957

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/18/'03 | 3306 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UC/Kelton | Net 30 | 6-26-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Reporter Attendance | 5.5 | 45.00 | 247.50 |
| (Transcript Not Ordered At This Time) | | 0.00 | 0.00 |
| *backorders invoiced separately | | | |
| | | | |
| CHRISTINA KELTON -vs- | | | |
| UNIVERSITY OF CINCINNATI | | | |
| C-1-02-345 | | | |
| | | | |
| Depos of: M. PASQUALE | | | |
|           D. KELTON | | | |
|           S. LETT | | | |
| Taken: 6-26-03 | | | |
| Reporter: MM | | | |

Federal ID #: 31-1503265          **Total**          $247.50

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

SEP 23 2003

# Annette McKeehan Schoch

Registered Professional Reporter
Registered Merit Reporter

| BILL TO |
|---|
| Doreen Canton, Esq. |
| Taft, Stettinius & Hollister |
| 1800 Firstar Tower |
| 425 Walnut Street |
| Cincinnati, Ohio  45202-3957 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/18/'03 | 3282 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| UC/Kelton | Net 30 | C.Kelton |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Reporter Attendance | 7.5 | 40.00 | 300.00 |
| Original Transcript | 1 | 868.00 | 868.00 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII |  | 0.00 | 0.00 |
| Postage/Courier  6-24-03 |  | 5.00 | 5.00 |
| CHRISTINA KELTON -vs- UNIVERSITY OF CINCINNATI C-1-02-345 Depo of:  CHRISTINA KELTON Taken:    5-21-03 Reporter: TW |  |  |  |

Federal ID #: 31-1503265

**Total**    $1,173.00

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

JUL 28 2003

95 South Fourth Street  
Batavia, Ohio 45103  
Phone - 513-732-1477  
Fax --- 513-732-0486  
Fed. I. D. No: 31-09114...

# Invoice

Date: 7/25/2003  
Invoice No: 3055

InvoiceTo:

Doreen Canton, Esq.  
Taft, Stettinius & Hollister, LLP  
425 Walnut Street, Suite 1800  
Cincinnati, Ohio 45202-3957

Caption: Dr. Christina Kelton  
vs. University of Cinti  
Case No: C-1-02-345  
COA No: n/a

Reporter(s): Connie Oelker

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 7/20/2003 | Deposition transcript of Debashis Pal, Ph.D | Pages, Copy | 99 | 222.75 |
| | Deposition transcript of Jeffrey Mills, Ph.D. | Pages, Copy | 113 | 254.25 |
| | | Postage | 1 | 4.75 |
| | | Exhibit(s) & Tab(s) | 1 | 6.50 |

Terms: Net 60  
Shipped Via:

Total: $488.25

**THANK YOU FOR YOUR BUSINESS!**  
E-mail: TriCountyCourt@aol.com

Payments/Credit... $0.00  
**Balance Due:** $488.25

TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

95 South Fourth Street
Batavia, Ohio 45103
Phone - 513-732-1477
Fax --- 513-732-0486
Fed. I. D. No: 31-09114...

# Invoice

Date: 7/25/2003
Invoice No: 3059

InvoiceTo:

Doreen Canton, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Caption: Dr. Christina Kelton
vs. University of Cinti
Case No: C-1-02-345
COA No: n/a

Reporter(s): Ann Belmont

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 6/12/2002 | Deposition transcript of Sourushe Zandvakili | Pages, Copy | 150 | 337.50 |
| 6/24/2003 | Deposition transcript of Donna Bowman | Pages, Copy | 29 | 65.25 |

Terms: Net 60        Shipped Via:

**THANK YOU FOR YOUR BUSINESS!**

E-mail: TriCountyCourt@aol.com

Total: $402.75
Payments/Credit... $0.00
**Balance Due:** $402.75

JUL 2 5 2003

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

**95 South Fourth Street**
*Batavia, Ohio 45103*
*Phone - 513-732-1477*
*Fax --- 513-732-0486*
Fed. I. D. No: 31-0911462

## Invoice

Date: 7/22/2003
Invoice No: 3037

InvoiceTo:

Kerry P. Hastings, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Caption: Christina M.I.Kelton
vs. University of Cincinnati, et a
Case No: C-1-02-345
COA No: n/a

Reporter(s): Janet Sammons

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 6/17/2003 | Deposition transcript of Steven Howe | Pages, Copy | 175 | 393.75 |
|  | Postage | Postage | 1 | 6.05 |

Terms: Net 60      Shipped Via: US Mail

Total: $399.80
Payments/Credits: $0.00
**Balance Due:** $399.80

*THANK YOU FOR YOUR BUSINESS!*
E-mail: TriCountyCourt@aol.com

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

JUN 3 0 2003

*95 South Fourth Street*
*Batavia, Ohio 45103*
*Phone - 513-732-1477*
*Fax --- 513-732-0486*

Fed. I. D. No: 31-0911462

## Invoice

Date: 6/27/2003
Invoice No: 2912

InvoiceTo:

Doreen Canton, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Caption: Christine M.I. Kelton
vs. University of Cincinnati, et al
Case No: C-1-02-345
COA No: n/a

Reporter(s): Ann Belmont

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 6/2/2003 | Deposition transcript of Gisela Escoe. | Pages, Copy | 83 | 186.75 |

Terms: Net 60              Shipped Via: Delivered

Total: $186.75
Payments/Credits: $0.00
Balance Due: $186.75

**THANK YOU FOR YOUR BUSINESS!**
E-mail: TriCountyCourt@aol.com

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

*95 South Fourth Street*
*Batavia, Ohio 45103*
*Phone - 513-732-1477*
*Fax --- 513-732-0486*

Fed. I. D. No: 31-0911462

# Invoice

Date: 6/27/2003
Invoice No: 2925

InvoiceTo:

Kerry P. Hasgints, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Caption:  Christina M.I.Kelton
vs.  University of Cincinnati, et a
Case No:  C-1-02-345
COA No:  n/a

Reporter(s):  Janet Sammons

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 6/5/2003 | Deposition transcript of Harland William Whitmore. | Pages, Copy | 89 | 200.25 |
| 6/24/2003 | Mailed. | Postage | 1 | 4.55 |

Terms:  Net 60
Shipped Via:  US Mail

Total:  $204.80
Payments/Credits:  $0.00
Balance Due:  $204.80

**THANK YOU FOR YOUR BUSINESS!**

E-mail:  TriCountyCourt@aol.com

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

JUN 13 2003

*95 South Fourth Street*
*Batavia, Ohio 45103*
*Phone - 513-732-1477*
*Fax --- 513-732-0486*

Fed. I. D. No: 31-0911462

## Invoice

Date: 6/13/2003
Invoice No: 2849

**InvoiceTo:**

Doreen Canton, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Caption: Christina Kelton
vs. University of Cincinnati, etla
Case No: C-1-02-345
COA No: n/a

Reporter(s): Julie Patrick

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 5/23/2003 | Deposition transcript of Haynes C. Goddard. | Pages, Copy | 47 | 105.75 |
|  |  | Exhibit(s) & Tab(s) | 42 | 6.30 |
| 6/11/2003 | Mailed. | Postage | 1 | 3.95 |

Terms: Net 60          Shipped Via: US Mail

Total: $116.00
Payments/Credits: $0.00
**Balance Due:** $116.00

**THANK YOU FOR YOUR BUSINESS!**

E-mail: TriCountyCourt@aol.com

JUN 16 2003

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

95 South Fourth Street
Batavia, Ohio 45103
Phone - 513-732-1477
Fax --- 513-732-0486
Fed. I. D. No: 31-0911462

# Invoice

Date: 6/13/2003
Invoice No: 2848

InvoiceTo:

Kerry P. Hasgints, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Caption: Christina M.I.Kelton
vs. University of Cincinnati, et a
Case No: C-1-02-345
COA No: n/a

Reporter(s): Janet Sammons

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 5/22/2003 | Deposition transcript of Joseph Caruso. | Pages, Copy | 72 | 162.00 |
| 5/22/2003 | Deposition transcript of Wolfgang Mayer. | Pages, Copy | 65 | 146.25 |
| 6/12/2003 | Mailed. | Postage | 1 | 6.05 |

Terms: Net 60            Shipped Via: US Mail

Total: $314.30
Payments/Credits: $0.00

THANK YOU FOR YOUR BUSINESS!

E-mail: TriCountyCourt@aol.com

**Balance Due:  $314.30**