UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


CHRISTINA M.I. KELTON,               :      Case No. C-1-02-345
                                     :
            Plaintiff,               :      Judge Weber
                                     :
v.                                   :
                                     :
UNIVERSITY OF CINCINNATI, et al.,    :      **NOTICE OF WITHDRAWAL**
                                     :      **OF BILL OF COSTS**
            Defendants.              :


        Defendant, The University of Cincinnati, hereby withdraws its Bill of Costs filed on June

24, 2004.

                                    Respectfully submitted,

                                    Jim Petro
                                    Attorney General of Ohio


OF COUNSEL:              By:    s/ Doreen Canton
                               Doreen Canton (0040394)
W. Stuart Dornette (0002953)   Taft, Stettinius & Hollister LLP
Kerry P. Hastings (0066871)    425 Walnut Street, Suite 1800
Taft, Stettinius & Hollister LLP   Cincinnati, OH 45202-3957
425 Walnut Street, Suite 1800  Tel.: (513) 381-2838
Cincinnati, OH 45202-3957      Fax: (513) 381-0205
                               canton@taftlaw.com

Mitchell D. McCrate (0047403)
Associate Counsel              Trial Attorney for Defendants
University of Cincinnati
300 Administration Building
Cincinnati, OH 45221-0623

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Marc D. Mezibov, Michael N. Budelsky and Susan E. Brabenec, 920 Fourth & Race Tower, 105 W. Fourth Street, Cincinnati, Ohio  45202.

<div style="margin-left:50%">

s/ Doreen Canton
Doreen Canton Bar Number 0040394
Attorney for Defendants
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone:  (513) 381-2838
Fax:  (513) 381-0205
E-mail:  canton@taftlaw.com

</div>