IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KELTON

V

UC

CIVIL ACTION: C-1-02-345

JUDGE WEBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby acknowledge receipt of the Depositions submitted on behalf of my client in the above styled case.

_1/14/05_
Date

_[signature]_
M. Mezibov, Counsel for Plaintiff